**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 41 DB 2023 (No. 36 RST 2023) |
| | : | |
| RUSSELL WARREN LEWIS, IV | : | Attorney Registration No. 310295 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM INACTIVE STATUS | : | (Out of State) |

**O R D E R**

**PER CURIAM**

    **AND NOW**, this 11th day of May, 2023, the Report and Recommendation of Disciplinary Board Member dated April 27, 2023, is approved and it is ORDERED that RUSSELL WARREN LEWIS, IV, who has been on Inactive Status, has demonstrated that he has the moral qualifications, competency, and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.